IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MICHELLE BOOZER, as the Personal Representative of the Estate of Jeffrey T. Hoernemann, deceased; CHELSEA LEE SPENDLOVE, as the Personal Representative of the Estate of Eric V. Spendlove, deceased; IVY ANNE VERVALEN-GROSHONG, as the personal representative of the Estate of Jacob Michael Galliher, deceased; BROOKE UNRATH, as the Personal Representative of the Estate of Luke A. Unrath, deceased; HOWARD BRAYMAN, as the Personal Representative of the Estate of Terrell K. Brayman, deceased; GABRIELA LAVOY, as the Personal Representative of the Estate of Zachary Lavoy, deceased; RUYEILLISS NIEVES, as the Personal Representative of the Estate of Jake M. Turnage, deceased; and TINA NUTTER, as the Personal Representative of the Estate of Brian Johnson, deceased,<br><br>          Plaintiffs,<br><br>   v.<br><br>BELL TEXTRON, INC.; THE BOEING COMPANY; and UNIVERSAL STAINLESS & ALLOY PRODUCTS, INC.,<br><br>          Defendants. | Case No. 2:25-cv-04522-JFM<br><br>**JOINT STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR BRIEFING SCHEDULE THEREON** |

      Plaintiffs Jessica Michelle Boozer, Chelsea Lee Spendlove, Ivy Anne Vervalen-Groshong, Brooke Unrath, Howard Brayman, Gabriela Lavoy, Ruyeilliss Nieves, and Tina Nutter ("Plaintiffs") and Defendants Bell Textron Inc., The Boeing Company, and Universal Stainless & Alloy Products, Inc. ("Defendants," and collectively with Plaintiffs, the "Parties"), hereby jointly stipulate, subject to approval by the Court, as follows:

      1.     Plaintiffs filed their Complaint, (ECF No. 1), on August 8, 2025;

2. Plaintiffs filed their First Amended Complaint, (ECF No. 13), on August 25, 2025;

3. Under Federal Rule of Civil Procedure 15(a)(3), Defendants' current deadline to answer, move, or otherwise respond to Plaintiffs' First Amended Complaint is on or about September 8, 2025;

4. Counsel for Plaintiffs and Defendants have met and conferred and agree that Defendants' time to respond to Plaintiffs' Complaint shall be extended through October 2, 2025;

5. Good cause for an extension is shown where there is both an explanation of why more time is needed and a showing that the party requesting the extension has been diligent. *See Walker v. Centocor Ortho Biotech, Inc.* 558 Fed. Appx. 216, 221-222 (3d Cir. 2014) (unpublished opinion);

6. The Parties respectfully submit that good cause exists for an extension of time because:

   a. No previous extension of time has been sought by any Party;

   b. The First Amended Complaint is 57 pages in length, asserts eleven causes of action, and presents complicated factual and legal claims that require additional time for Defendants to investigate;

   c. The presence of multiple Defendants requires coordination that would benefit from additional time;

   d. The Labor Day holiday falls within the normal 14-day response period, impacting Defendants' ability to investigate the claims and prepare a response;

   e. This extension is being sought more than seven (7) days before the original response date, pursuant to Section 3 of the Court's Policies and Procedures;

2

7. Because of the complicated factual and legal issues raised by Plaintiffs' Complaint, the Parties agree that establishing an early briefing schedule as to any responsive motions filed will promote the orderly and efficient resolution of the issues raised therein;

8. Pursuant to Local Civil Rules 5.1.2(8)(c) and 9, the undersigned attorneys have consented to the filing of this document by counsel for Defendant Bell Textron Inc.; and

9. Pursuant to Local Civil Rule 7.4(b)(2) and Federal Rule of Civil Procedure 6(b), no stipulation of time shall be effective until approved by the Court.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to approval by the Court, as follows:

1. Defendants' time to answer, move, or otherwise respond to Plaintiffs' First Amended Complaint, (ECF No. 13), shall be extended to **October 2, 2025**.

2. The following briefing schedule shall apply to any motions filed in response to Plaintiffs' First Amended Complaint:

   a) Plaintiffs' opposition shall be due **thirty (30) days** after the responsive motion is filed.

   b) Defendants' reply in support shall be due **fourteen (14) days** after Plaintiffs' opposition.

3. This stipulation is made subject to and without waiver of any defenses or rights that Defendants may have.

**WHEREFORE,** the Parties respectfully request that the Court approve this stipulation and endorse it as an Order of the Court pursuant to Local Civil Rule 7.4(b)(2).

FOR GOOD CAUSE SHOWN, THE PARTIES' STIPULATION IS **SO ORDERED BY THE COURT.**

Date: _____

_____
HON. JOHN F. MURPHY, J.

| | |
|---|---|
| Respectfully submitted on:<br>August 26, 2025 | Respectfully submitted by,<br><br>By: */s/ Koji F. Fukumura*<br>COOLEY LLP<br>Koji F. Fukumura (Pa. ID 73831)<br>William V. O'Connor (*pro hac vice forthcoming*)<br>Charles E. Harrison (*pro hac vice forthcoming*)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>(858) 550-6000 (phone)<br>(858) 550-6420 (fax)<br>kfukumura@cooley.com<br>woconnor@cooley.com<br>charrison@cooley.com<br><br>*Attorneys for Defendant Bell Textron Inc.*<br><br>By: */s/ Harvey Bartle*<br>Harvey Bartle (Pa. ID 91566)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2222 Market Street<br>Philadelphia, PA 19130<br>(215) 963-5000<br>(215) 963-5001 (fax)<br>harvey.bartle@morganlewis.com<br><br>*Attorneys for Defendant The Boeing Company* |

By: */s/ Marissa Edwards*
Marissa Edwards, Esq. (Pa. ID 316751)
Evan Kwarta, Esq. (*pro hac vice forthcoming*)
HINSHAW & CULBERTSON LLP
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
(908) 374-0336 (phone)
(908) 374-0345 (fax)
marissaedwards@hinshawlaw.com
ekwarta@hinshawlaw.com

*Attorneys for Defendant Universal Stainless & Alloy Products, Inc.*


By: */s/ John J. Gagliano*
GAGLIANO LAW OFFICES
John J. Gagliano (Pa. ID 309438)
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
Telephone: (215) 554-6170

and

WISNER BAUM LLP
Timothy A. Loranger (Admitted PHV)
tloranger@wisnerbaum.com
Ari S. Friedman (Admitted PHV)
afriedman@wisnerbaum.com
11111 Santa Monica Blvd. Ste. 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
*Counsel for Plaintiffs*

5

## CERTIFICATE OF SERVICE

      I certify that on August 26, 2025, I filed this document on the Court's docket using the Court's CM/ECF system.  Based on the Court's records, all counsel of record who have entered an appearance were served with a copy of the foregoing document by electronic means.  Counsel who have not yet entered an appearance were separately served by electronic mail.

                                                *s/ Koji F. Fukumura*
                                                Koji F. Fukumura