IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MICHELLE BOOZER, as the Personal Representative of the Estate of Jeffrey T. Hoernemann, deceased; CHELSEA LEE SPENDLOVE, as the Personal Representative of the Estate of Eric V. Spendlove, deceased; ANNE VERVALEN-GROSHONG, as the personal representative of the Estate of Jacob Michael Galliher, deceased; BROOKE UNRATH, as the Personal Representative of the Estate of Luke A. Unrath, deceased; HOWARD BRAYMAN, as the Personal Representative of the Estate of Terrell K. Brayman, deceased; GABRIELA LAVOY, as the Personal Representative of the Estate of Zachary Lavoy, deceased; RUYEILLISS NIEVES, as the Personal Representative of the Estate of Jake M. Turnage, deceased; and TINA NUTTER, as the Personal Representative of the Estate of Brian Johnson, deceased,<br><br>        Plaintiffs,<br><br>  v.<br><br>BELL TEXTRON, INC.; THE BOEING COMPANY; and UNIVERSAL STAINLESS & ALLOY PRODUCTS, INC.,<br><br>        Defendants. | Case No. 2:25-cv-04522-JFM |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Marissa Edwards, Esq. of Hinshaw & Culbertson LLP hereby enters an appearance as counsel for Defendant Universal Stainless & Alloy Products, Inc. Copies of all pleadings, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson LLP.

*[signature page to follow]*

Dated:  August 27, 2025

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant,*
Universal Stainless & Alloy Products, Inc.

By: */s/ Marissa Edwards*
    Marissa Edwards, Esq. (ID 316751)
    Evan Kwarta, Esq. (*pro hac vice forthcoming*)
    111 Wood Avenue South
    Suite 210
    Iselin, NJ 08830
    (908) 374-0336 (phone)
    (908) 374-0345 (fax)
    marissaedwards@hinshawlaw.com
    ekwarta@hinshawlaw.com