IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MICHELLE BOOZER, as the Personal Representative of the Estate of Jeffrey T. Hoernemann, deceased; CHELSEA LEE SPENDLOVE, as the Personal Representative of the Estate of Eric V. Spendlove, deceased; IVY ANNE VERVALEN-GROSHONG, as the personal representative of the Estate of Jacob Michael Galliher, deceased; BROOKE UNRATH, as the Personal Representative of the Estate of Luke A. Unrath, deceased; HOWARD BRAYMAN, as the Personal Representative of the Estate of Terrell K. Brayman, deceased; GABRIELA LAVOY, as the Personal Representative of the Estate of Zachary Lavoy, deceased; RUYEILLISS NIEVES, as the Personal Representative of the Estate of Jake M. Turnage, deceased; and TINA NUTTER, as the Personal Representative of the Estate of Brian Johnson, deceased,<br><br>     Plaintiffs,<br><br>  v.<br><br>BELL TEXTRON, INC.; THE BOEING COMPANY; and UNIVERSAL STAINLESS & ALLOY PRODUCTS, INC.,<br><br>     Defendants. | Civil Action No.: 2:25-cv-04522-JFM |

**NOTICE OF APPEARANCE OF MICHAEL J. SCHWAB**

  Please enter the appearance of the undersigned, Michael J. Schwab, Esq., of the law firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendant The Boeing Company, in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: August 29, 2025                    Respectfully Submitted,

                                              MORGAN, LEWIS & BOCKIUS LLP

By:    */s/ Michael J. Schwab*
       Michael J. Schwab (PA Bar No. 330440)
       2222 Market Street
       Philadelphia, PA 19103-3007
       Tel: (215) 963-5000
       michael.schwab@morganlewis.com

*Counsel for Defendant The Boeing Company*

## **CERTIFICATE OF SERVICE**

I, Michael J. Schwab, hereby certify that on this 29th day of August, 2025, I caused a true and correct copy of the Notice of Appearance of Michael J. Schwab to be served by CM/ECF on all parties of record.

*/s/ Michael J. Schwab*
Michael J. Schwab