IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number _2:25-cv-04522_

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, <u>MOVANT'S STATEMENT</u>

    I, ___EVAN KWARTA_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent _Universal Stainless & Alloy Products, Inc._ My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

    A.   I state that I am currently admitted to practice in the following state jurisdiction(s):

| _New York_ | 06/21/2006 | 4401543 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

    B.   I state that I am currently admitted to practice in the following federal jurisdiction(s):

| **SEE ATTACHMENT** | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

    C.   I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for _Defendant Universal Stainless & Alloy Products, Inc._

Name of Attorney: _Evan Kwarta / Hinshaw & Culbertson LLP_

Firm Address: _800 Third Avenue, 13th Floor, New York, New York 10022_

Telephone Number: _(212) 471-6200_

Email Address: _ekwarta@hinshawlaw.com_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _09/16/25_

_(Date)_                             _(Movant's signature)_

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

       The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Evan Kwarta_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Marissa Edwards | M Edwards | 12/07/2017 | 316751 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

HINSHAW & CULBERTSON LLP, 111 Wood Avenue South, Suite 210, Iselin, New Jersey 08830, marissaedwards@hinshawlaw.com (908) 374-0336

_I declare under penalty of perjury that the foregoing is true and correct._

_Executed on_ ___12/07/2017___          M Edwards
           _(Date)_                    _(Sponsor's signature)_

## FEDERAL COURT ADMISSIONS

## PRO HAC VICE APPLICANT EVAN KWARTA

| COURT | ADMISSION DATE | BAR NUMBER |
|---|---|---|
| U.S. Court of Appeals, 9th Circuit | July 8, 2019 | N/A |
| U.S. District Court, Eastern District of Michigan | Nov. 26, 2019 | N/A |
| U.S. District Court, Eastern District of New York | Aug. 21, 2012 | EK1248 |
| U.S. District Court, Southern District of New York | Aug. 21, 2012 | EK 0712 |
| U.S. District Court, Northern District of Texas | Jan. 15, 2020 | 4401543NY |