IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 25:25-cv-04522- JFM

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, **MOVANT'S STATEMENT**

I, Charles E. Harrison, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Bell Textron, Inc. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| State where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| California | 2016 | 313028 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| Court where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| Central Dist. of CA | 06/27/2023 | 313028 |
| Northern Dist. of CA | 06/22/2023 | 313028 |
| Southern Dist. of CA | 08/05/2020 | 313028 |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for: Defendant Bell Textron, Inc.

Name of Attorney: Charles E. Harrison

Firm Address: Cooley LLP, 10265 Science Center Drive, San Diego, California 92121-1117

Telephone Number: 858-550-6000

Email Address: charrison@cooley.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2025

*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Charles E. Harrison  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Koji Fukumura | *[signature]* | 1994 | 73831 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Cooley LLP

10265 Science Center Drive, San Diego, California 92121-1117

1-858-550-6000


*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on September 18, 2025
          (Date)                                            (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA MICHELLE BOOZER, et al., | : | 25:25-cv-04522-JFM |
| Plaintiffs, | : | Case Number: _____ |
| v. | : | |
| BELL TEXTRON, INC., et al. | : | |
| Defendants. | : | |

ORDER

AND NOW, this _____ day of _____ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED. The Clerk is DIRECTED to add  Charles E. Harrison  , Esquire as counsel for Bell Textron, Inc.                          .  Charles E. Harrison  is DIRECTED to request ECF filing access using their PACER Account[1]

☐   DENIED.

_____

MURPHY, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA MICHELLE BOOZER, et al., | : | Case Number: 25:25-CV-04522 JFM |
| Plaintiffs, | : | |
| v. | : | |
| BELL TEXTRON, INC., et al, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of  Charles E. Harrison, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

**VIA ECF**

Harvey Bartle
Morgan Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19130
*Attorneys for Defendant The Boeing Company*

Timothy A. Loranger / Ari S. Friedman
WISNER BAUM LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
*Attorneys for Plaintiffs*

John Gagliano
GAGLIANO LAW OFFICES
18 Campus Blvd., Suite 103
Newtown Square, PA 19073
*Attorneys for Plaintiffs*

Marissa Edwards
Hinshaw & Culbertson LLP
111 Wood Avenue South
Suite 210
Iselin, NJ 08830
*Attorneys for Defendant Universal Stainless*

_____
(Signature of Attorney)

Charles E. Harrison
(Name of Attorney)

Bell Textron, Inc.
(Name of Moving Party)

September 18, 2025
(Date)