## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA MICHELLE BOOZER,** *as the Personal Representative of the Estate of Jeffrey T. Hoernemann, deceased,* **CHELSEA LEE SPENDLOVE,** *as the Personal Representative of the Estate of Eric V. Spendlove, deceased,* **ANNE VERVALEN-GROSHONG,** *as the Personal Representative of the Estate of Jacob Michael Galliher, deceased,* **BROOKE UNRATH,** *as the Personal Representative of the Estate of Luke A. Unrath, deceased,* **HOWARD BRAYMAN,** *as the Personal Representative of the Estate of Terrell K. Brayman, deceased,* **GABRIELA LAVOY,** *as the Personal Representative of the Estate of Zachary Lavoy, deceased,* **RUYEILLISS NIEVES,** *as the Personal Representative of the Estate of Jake M. Turnage, deceased,* **TINA NUTTER,** *as the Personal Representative of the Estate of Brian Johnson, deceased* | : : : : : : : : : : : : : : : : : : : : : | **CIVIL ACTION** |
| **v.** | : : | **NO.   25-4522** |
| **BELL TEXTRON, INC., THE BOEING COMPANY, UNIVERSAL STAINLESS & ALLOY PRODUCTS, INC.** | : : : | |

## ORDER

**AND NOW**, this 7th day of April 2026, upon considering the defendants' joint motion to dismiss (**DI 29**), plaintiffs' opposition (**DI 38**), the defendants' reply (**DI 52**), plaintiffs' sur-reply (**DI 57**), following oral argument held on January 12, 2026, and for reasons in the accompanying memorandum, it is **ORDERED** that the defendants' joint motion to dismiss (**DI 29**) is **GRANTED**.  Additionally, plaintiffs' motion for leave to amend their state-law claims (**DI 40**) is **DENIED** as futile for the same reasons as explained in the accompanying memorandum.  Plaintiffs have **21 days** from the date of this order to replead their claims under the Death on the High Seas Act (DOHSA).

**MURPHY, J.**